UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

               -against-                                      10 cr 194 (JGK)

MARK MILLER,                                                       **ORDER**
                             Defendant.
-----------------------------------------------------------X

      Having held a conference, today, the matter is adjourned to **Wednesday, September 14, 2022, at 11:00am.**

**SO ORDERED.**

                                                          **JOHN G. KOELTL**
                                              **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         August 10, 2022